**Elmer K. FLOYD, Petitioner–Appellant,**

v.

**Alton BASKERVILLE, Respondent–Appellee.**

No. 01–6311.

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided May 7, 2001.

Elmer K. Floyd, pro se.

Eugene Paul Murphy, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Elmer Floyd appeals the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000).* We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. *See Floyd v. Baskerville,* No. CA–00–437–3 (E.D.Va. Jan. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* This case was decided by a magistrate judge upon consent of the parties under 28 U.S.C.A. § 636(c)(1) (West 1993 & Supp.2000).